# United States Bankruptcy Court
## Southern District of Ohio

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**ACG, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**31-1105451** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**7007 Corporate Way**<br>**Dayton, OH**<br>ZIP Code **45459** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Montgomery** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): **ACG, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). X_____ Signature of Attorney for Debtor(s) (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| | |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **ACG, Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ Denis E. Blasius**
Signature of Attorney for Debtor(s)

**Denis E. Blasius 0082617**
Printed Name of Attorney for Debtor(s)

**Law Offices of Ira H. Thomsen**
Firm Name

**140 North Main Street**
**Suite A**
**Springboro, OH 45066**
Address

               **Email: cornell76@aol.com**
**937-748-5001  Fax: 937-748-5003**
Telephone Number

**May 18, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Allyn Conway**
Signature of Authorized Individual

**Allyn Conway**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**May 18, 2011**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Ohio

In re  **ACG, Inc.**
               Debtor(s)

Case No. _____
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Covad Communications<br>PO Box 39000<br>San Francisco, CA 94139 | Covad Communications<br>PO Box 39000<br>San Francisco, CA 94139 | Services | Contingent<br>Unliquidated<br>Disputed | 1,409.21 |
| Craig T. Matthews & Assoc., LPA<br>320 Regency Ridge Drive<br>Dayton, OH 45459 | Craig T. Matthews & Assoc., LPA<br>320 Regency Ridge Drive<br>Dayton, OH 45459 | Services | | 8,843.07 |
| Denise Miceli<br>9482 Sugar Bend Trail<br>Dayton, OH 45458 | Denise Miceli<br>9482 Sugar Bend Trail<br>Dayton, OH 45458 | Wages | | 11,400.00 |
| Employee Based Systems<br>11852 Shaffer Drive<br>Building D300<br>Littleton, CO 80127 | Employee Based Systems<br>11852 Shaffer Drive<br>Building D300<br>Littleton, CO 80127 | Services | | 3,000.00 |
| Global Software, Inc.<br>3201 Beechleaf Court<br>Suite 170<br>Raleigh, NC 27604 | Global Software, Inc.<br>3201 Beechleaf Court<br>Suite 170<br>Raleigh, NC 27604 | Services | | 1,000.00 |
| Goldshot, Lamb & Hobbs, Inc.<br>3066 Kettering Blvd<br>Dayton, OH 45439 | Goldshot, Lamb & Hobbs, Inc.<br>3066 Kettering Blvd<br>Dayton, OH 45439 | Services | | 1,950.00 |
| Infisoft Software<br>4526 Old Cave Spring Road<br>Roanoke, VA 24018 | Infisoft Software<br>4526 Old Cave Spring Road<br>Roanoke, VA 24018 | Services | | 2,199.00 |
| Miami Valley Venture Fund<br>900 Kettering Tower<br>Dayton, OH 45423 | Miami Valley Venture Fund<br>900 Kettering Tower<br>Dayton, OH 45423 | Business Loan | | 44,829.59 |
| Ohio Bureau of Workers Compensation<br>30 West Spring Street<br>Columbus, OH 43215 | Ohio Bureau of Workers Compensation<br>30 West Spring Street<br>Columbus, OH 43215 | Ohio Worker's Compensation Premiums | | 950.00 |
| Ohio Department of Taxation<br>C/O Attorney General - Collections<br>150 E. Gay Street, 21st Floor<br>Columbus, OH 43215 | Ohio Department of Taxation<br>C/O Attorney General - Collections<br>150 E. Gay Street, 21st Floor<br>Columbus, OH 43215 | Ohio Sales Taxes | | 41,873.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **ACG, Inc.**                                              Case No. _____
                  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ohio Dept. of Job and Family Services<br>30 East Broad Street<br>32nd Floor<br>Columbus, OH 43215 | Ohio Dept. of Job and Family Services<br>30 East Broad Street<br>32nd Floor<br>Columbus, OH 43215 | Ohio Unemployment Taxes | | 4,270.00 |
| Ohio Dept. of Taxation<br>Attn: Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43266-0030 | Ohio Dept. of Taxation<br>Attn: Bankruptcy Division<br>P.O. Box 530<br>Columbus, OH 43266-0030 | Ohio Withholding Taxes | | 22,917.00 |
| Patricia Elliot<br>8533 Timber Park Drive<br>Dayton, OH 45458 | Patricia Elliot<br>8533 Timber Park Drive<br>Dayton, OH 45458 | Wages | | 12,249.96 |
| Patricia Elliot<br>8533 Timber Park Drive<br>Dayton, OH 45458 | Patricia Elliot<br>8533 Timber Park Drive<br>Dayton, OH 45458 | Reimbursement owed for Business Expenses | | 8,692.04 |
| Privatizer Systems, Inc.<br>4694 Wadsworth Road<br>Dayton, OH 45414 | Privatizer Systems, Inc.<br>4694 Wadsworth Road<br>Dayton, OH 45414 | Services | | 4,197.00 |
| Sage Leaderhip Academy<br>1581 Bradford Trace Drive<br>Allen, TX 75002 | Sage Leaderhip Academy<br>1581 Bradford Trace Drive<br>Allen, TX 75002 | Tuition | | 1,700.00 |
| Susan Taylor<br>2925 Dwight Avenue<br>Dayton, OH 45420 | Susan Taylor<br>2925 Dwight Avenue<br>Dayton, OH 45420 | Wages | | 12,498.00 |
| Susan Taylor<br>2925 Dwight Avenue<br>Dayton, OH 45420 | Susan Taylor<br>2925 Dwight Avenue<br>Dayton, OH 45420 | Reimbursement owed for Business Expenses | | 16,889.97 |
| Timecentre, Inc.<br>7094 Peachtree Industrial Blvd<br>Suite 270<br>Norcross, GA 30071 | Timecentre, Inc.<br>7094 Peachtree Industrial Blvd<br>Suite 270<br>Norcross, GA 30071 | Services | | 20,939.87 |
| Unitime Services, Inc.<br>4900 Pearl East Circle<br>Suite 110<br>Boulder, CO 80301 | Unitime Services, Inc.<br>4900 Pearl East Circle<br>Suite 110<br>Boulder, CO 80301 | Services | | 11,429.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **ACG, Inc.**                                          Case No.  _____

                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 18, 2011**                    Signature  **/s/ Allyn Conway**
                                                     **Allyn Conway**
                                                     **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Southern District of Ohio

In re  **ACG, Inc.**  ,
                  Debtor

Case No. _____

Chapter     **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Allyn Conway**<br>**10251 Cherry Tree Terrace**<br>**Dayton, OH 45458** | **Member** | **100%** | **Membership** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

    I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 18, 2011**
                                        Signature  **/s/ Allyn Conway**
                                                                   **Allyn Conway**
                                                                   **Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

  **0**  continuation sheets attached to List of Equity Security Holders

Covad Communications
PO Box 39000
San Francisco, CA 94139

Craig T. Matthews & Assoc., LPA
320 Regency Ridge Drive
Dayton, OH 45459

Crystal Water Company
827 South Patterson Blvd
Dayton, OH 45402

Dayton Area Chamber of Commerce
One Chamber Plaza
Dayton, OH 45402

Denise Miceli
9482 Sugar Bend Trail
Dayton, OH 45458

Donet, Inc.
33 W First Street
Suite 320
Dayton, OH 45402

Donnellon McCarthy
PO Box 932332
Cleveland, OH 44193

Employee Based Systems
11852 Shaffer Drive
Building D300
Littleton, CO 80127

Far Hills Office Condo Assoc.
7017 Corporate Way
Attn: Ruth Jewell
Dayton, OH 45459

Federal Express
PO Box 371461
Pittsburgh, PA 15250

Global Software, Inc.
3201 Beechleaf Court
Suite 170
Raleigh, NC 27604

Goldshot, Lamb & Hobbs, Inc.
3066 Kettering Blvd
Dayton, OH 45439

Grange Life Insurance Co.
PO Box 182929
Columbus, OH 43218

Infisoft Software
4526 Old Cave Spring Road
Roanoke, VA 24018

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

KeyBank
4910 Tiedeman Road
Cleveland, OH 44144

Megacity Fire Protection
8210 Expansion Way
Dayton, OH 45424

Miami Valley Venture Fund
900 Kettering Tower
Dayton, OH 45423

Nova Network Consulting
5494 Mallard Drive
Cincinnati, OH 45247

Ohio Attorney General
30 E. Broad Street, 17th Floor
Columbus, OH 43215

Ohio Bureau of Workers Compensation
30 West Spring Street
Columbus, OH 43215

Ohio Department of Taxation
C/O Attorney General – Collections
150 E. Gay Street, 21st Floor
Columbus, OH 43215

Ohio Dept. of Job and Family Services
30 East Broad Street
32nd Floor
Columbus, OH 43215

Ohio Dept. of Taxation
Attn: Bankruptcy Division
P.O. Box 530
Columbus, OH 43266-0030

Opus Marketing
17853 Santiabgo Blvd
#107-291
Villa Park, CA 92861

Patricia Elliot
8533 Timber Park Drive
Dayton, OH 45458

Privatizer Systems, Inc.
4694 Wadsworth Road
Dayton, OH 45414

Ron Duckson Security Systems
1932 E Whipp Rd
Dayton, OH 45440

Sage Leaderhip Academy
1581 Bradford Trace Drive
Allen, TX 75002

Susan Taylor
2925 Dwight Avenue
Dayton, OH 45420

Timecentre, Inc.
7094 Peachtree Industrial Blvd
Suite 270
Norcross, GA 30071

Trustwave Holdings, Inc.
Department CH 19213
Palatine, IL 60055

U.S. Attorney -- Dayton
602 Federal Building
200 West Second Street
Dayton, OH 45402

U.S. Attorney General
Main Justice Building Rm 5111
10th & Constitution Ave. N.W.
Washington, DC 20530

Unitime Services, Inc.
4900 Pearl East Circle
Suite 110
Boulder, CO 80301

# United States Bankruptcy Court
## Southern District of Ohio

In re **ACG, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **ACG, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **May 18, 2011** | **/s/ Denis E. Blasius** |
| Date | **Denis E. Blasius 0082617** |
| | Signature of Attorney or Litigant |
| | Counsel for **ACG, Inc.** |
| | **Law Offices of Ira H. Thomsen** |
| | **140 North Main Street** |
| | **Suite A** |
| | **Springboro, OH 45066** |
| | **937-748-5001 Fax:937-748-5003** |
| | **cornell76@aol.com** |

**United States Bankruptcy Court**
**Southern District of Ohio**

In re  **ACG, Inc.**                                                                                       Case No.
                             Debtor(s)                                                                      Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Allyn Conway,** declare under penalty of perjury that I am the **Managing Member** of **ACG, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 18th day of May, 2011.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Allyn Conway**, **Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Allyn Conway**, **Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Allyn Conway**, **Managing Member** of this Corporation is authorized and directed to employ the law firm of **Ira H. Thomsen/Denis E. Blasius 0082617**, attorney to represent the corporation in such bankruptcy case."

Date  **May 18, 2011**                                                          Signed  **/s/ Allyn Conway**
                                                                                                      **Allyn Conway**

Resolution of Board of Directors
of
**ACG, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Allyn Conway**, **Managing Member** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Allyn Conway**, **Managing Member** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Allyn Conway**, **Managing Member** of this Corporation is authorized and directed to employ the law firm of **Ira H. Thomsen/Denis E. Blasius 0082617**, attorney to represent the corporation in such bankruptcy case.

Date **May 18, 2011**         Signed **/s/ Allyn Conway**